Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>and<br><br>PRENDA LAW, INC.,<br><br>    Movant – Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee. | Ninth Circuit Case No. 13-55881<br><br>Underlying District Court Case No. 2:12-cv-8333-ODW(JCx)<br><br>**DECLARATION OF HEATHER L. ROSING IN SUPPORT OF KLINEDINST'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**<br><br>Judge:  Hon. Otis D. Wright, II<br>Magistrate Judge: Hon, Jacqueline Chooljian<br>Complaint Filed:  September 27, 2012<br>Trial Date:  None set |

I, Heather L. Rosing, declare as follows:

1. I am over the age of 18 years and a partner with the law firm Klinedinst PC, counsel of record for Prenda Law, Inc. ("Prenda"). I am a member in good standing with the California State Bar and admitted to practice in all of the State's courts, as well as in the federal courts for the Southern and Central Districts of the State of California and the Ninth Circuit Court of Appeals.

///

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. My firm was retained on March 7, 2013, to specially appear on behalf of John Steele, Paul Hansmeier, Paul Duffy, Angela Van Den Hemel, and Prenda before the U.S. District Court for the Central District of the State of California in the matter entitled *Ingenuity 13, LLC v. John Doe*, assigned case number 2:12-cv-8333-ODW(JCx) by the Central District. My special appearance and my clients' special appearances were made pursuant to the district court's March 5, 2013 order (ECF No. 66), which was related to an order to show cause initially issued against appellant Brett Gibbs on February 7, 2013 (ECF No. 48). The final and other intermediate orders from those proceedings are the subject matter of Prenda's pending appeal before this Court.

4. The district court issued a March 14, 2013 order (ECF No. 86) expanding the reach of the Gibbs' order to show cause proceedings to our clients. Based on the court's disclosure that punitive sanctions and incarceration were possible outcomes from the proceedings, we sought and obtained separate counsel for Steele and Hansmeier, who thereafter specially appeared through their separate counsel.

5. We were retained to and agreed to specially appear on behalf of and represent Duffy, Van Den Hemel, and Prenda only and solely through the order to show cause proceedings. Duffy, Van Den Hemel, and Prenda Law, Inc. were aware of and agreed to this limited scope of representation, and throughout the representation, we reminded our clients about the limited scope of our representation. As part of our duties, we agreed to communicate any necessary information to any subsequent counsel after the conclusion of the OSC proceedings.

**DECLARATION OF HEATHER L. ROSING IN SUPPORT OF KLINEDINST PC'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.
2:12-cv-8333-ODW(JCx)**

6. On May 6, 2013, the district court issued an Order Issuing Sanctions against, among others, two of our clients, Prenda and Paul Duffy. At that point, the district court order to show cause proceedings were complete, and our representation accordingly concluded. Our individual clients, Paul Duffy and Angela Van Den Hemel, executed substitutions of attorney forms, substituting themselves on an in pro per basis in the matter.

7. With regard to Prenda, my office (me and my associates, David Majchrzak and Philip Vineyard) – in accordance with Central District Local Rule 83-2.9.2.3 –provided to Prenda verbal and written guidance concerning the consequences of our withdrawal and the preclusion of corporations appearing *pro se* before the district and appellate courts. Prenda voluntarily agreed to stipulate to our withdrawal while it sought appellate counsel (ECF No. 144).

8. Despite the fact that we had never been retained to do an appeal, and Prenda had consented to our withdrawal, the district court summarily denied the withdrawal of Klinedinst as counsel of record for Prenda. Attached hereto as Exhibit A is a true and correct copy of the order. The ECF number assigned to the district court's order is 147. As a result, to protect our client, we were mandated to file the notice of appeal and an accompanying application for a stay. We now seek withdrawal from the Ninth Circuit, since we are in that forum and our representation is still limited to the order to show cause proceeding in the district court.

///
///
///
///
///
///
///
///

- 3 -

**DECLARATION OF HEATHER L. ROSING IN SUPPORT OF KLINEDINST PC'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**
**2:12-cv-8333-ODW(JCx)**

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed the 23nd day of May, 2013, at San Diego, California.

                                              /s/Heather L. Rosing
                                              Heather L. Rosing

15544515v1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101