Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>　and<br><br>PRENDA LAW, INC.,<br><br>　　　　Movant – Appellant,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendant - Appellee. | 9th Circuit Case Number(s) 13-55881<br><br>D.C. No. 2:12-cv-0888-ODW-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**SUPPLEMENTAL CONTACT INFORMATION TO BE ADDED TO KLINEDINST PC'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.** |

　　　　Pursuant to the request of the above-entitled Court, Klinedinst PC hereby supplements its Motion to Withdraw as Counsel for Prenda Law, Inc. with the following contact information for its client, Prenda Law, Inc.:

/ / /

/ / /

/ / /

**CONTACT INFORMATION FOR PRENDA LAW, INC.**

- 1 -
**SUPPLEMENTAL CONTACT INFORMATION TO BE ADDED TO KLINEDINST PC'S
MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**
13-55881

| Prenda Law, Inc. | Tel: (312) 880-9160 |
|---|---|
| c/o Paul Duffy | Fax: (312) 893-5677 |
| 2 N. La Salle St., 13th Floor | |
| Chicago IL 60602 | |
| paduffy@wefightpiracy.com | |

Klinedinst PC

DATED: June 3. 2013

By: /s/ Heather L. Rosing
Heather L. Rosing
David M. Majchrzak
Philip W. Vineyard
Attorneys Specially Appearing for
PRENDA LAW. INC.

- 2 -

**SUPPLEMENTAL CONTACT INFORMATION TO BE ADDED TO KLINEDINST PC'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**
**13-55881**