1 | Heather L. Rosing, Bar No. 183986
2 | David M. Majchrzak, Bar No. 220860
  | Philip W. Vineyard, Bar No. 233628
3 | KLINEDINST PC
  | 501 West Broadway, Suite 600
4 | San Diego, California 92101
  | (619) 239-8131/FAX (619) 238-8707
5 | hrosing@klinedinstlaw.com
  | dmajchrzak@klinedinstlaw.com
6 | pvineyard@Klinedinstlaw.com

7 | Attorneys Specially Appearing for
  | PRENDA LAW, INC.

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC, | 9th Circuit Case Number(s) 13-55881 |
| Plaintiff, | D.C. No. 2:12-cv-0888-ODW-JC |
| and | U.S. District Court for Central California, Los Angeles |
| PRENDA LAW, INC., | **CERTIFICATE OF SERVICE** |
| Movant – Appellant, | |
| v. | |
| JOHN DOE, | |
| Defendant - Appellee. | |

When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 3, 2013.

**SUPPLEMENTAL CONTACT INFORMATION TO BE ADDED TO KLINEDINST PC'S MOTION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**

---
1
CERTIFICAT OF SERVICE

| | |
|---|---|
| Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Suite 206<br>Manhattan Beach, CA 90266<br>mpietz@pietzlawfirm.com<br>**Tel: 310.424.5557**<br><br>Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA 95006<br>nick@ranallolawoffice.com<br>**Tel: 831.703.4011** | Putative John Doe<br>Defendant - Appellee<br><br><br><br><br>US Mail |

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Paul Duffy<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>Paulduffy2005@gmail.com<br>**Tel: (312) 952-6136**<br>**Fax: (312) 952-6136**<br>pduffy@pduffygroup.com<br>paduffy@wefightpiracy.com | **Pro Se** |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>prhansmeier@thefirm.mn<br>**Tel: (612) 234-5744**<br>**Fax: (612) 234-5744**<br>prhansmeier@thefirm.mn | **Pro Se** |
| John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL 33139<br>**Tel: (708) 689-8131**<br>**Fax: None**<br>Email: johnlsteele@gmail.com | **Pro Se** |

2
**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Brett Langdon Gibbs<br>38 Miller Ave., #263<br>Mill Valley, CA 94941<br>**Tel: (415) 381-3104**<br>Brett.gibbs@gmail.com | **Pro Se** |
| Ingenuity 13, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, DC 20037<br>**Tel: (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br>**Tel: (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| Paul Duffy<br>Prenda Law<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>**Tel: (312) 880-9160**<br>**Fax: (312) 893-5677**<br>paduffy@wefightpiracy.com | **Pro Se** |

/s/ Nicole Balli
Nicole Balli

3
**CERTIFICATE OF SERVICE**