# EXHIBIT 5

Exhibit 5 - 1

# Anti-Piracy Law Group

161 N. Clark St. # 3200, Chicago, IL 60601 Tel: 800-380-0840 Fax: 800-380-5606

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

05/07/2013

**SENT VIA U.S. MAIL**

Re: LW Systems LLC v. Christopher Hubbard
    13-L-15 ▓▓▓▓▓▓▓▓

Dear ▓▓▓▓▓▓▓▓▓▓

Recently, our office sent you a letter to inform you of my client's intention to file a lawsuit involving you. Since we have not heard from you, we are now moving forward with the litigation process.

The first step in this process is to conduct what is referred to as a 'pre-complaint investigation.' The purpose of this step is to gather evidence about who used your Internet account to steal from our client. The list of possible suspects includes you, members of your household, your neighbors (if you maintain an open wi-fi connection) and anyone who might have visited your house. In the coming days we will contact these individuals to investigate whether they have any knowledge of the acts described in my client's prior letter. If you are aware of any other individuals our office should contact as part of this investigation, please let us know. Our office is committed to ensuring that our client's lawsuit is filed against the actual wrongdoer.

As we mentioned in the prior letter, it is extremely important that you continue to preserve all relevant evidence regarding this matter. You are on notice of my client's potential claims against you, and this obligates you to take all appropriate measures to prevent the destruction of any evidence that might be used at trial. This includes, for example, files on your computer, your credit card purchase history and your Google search history. It also includes preserving these items on your mobile device and any computers you may have access to at work. When our lawsuit is filed we will be seeking evidence from all of these sources. If we find out that you destroyed evidence, we will ask the court to impose serious sanctions against you.

Litigation is time consuming, expensive and disruptive. One pirate named Jamie Thomas-Rasset, for example, was sued by the Recording Industry Association of America for copyright infringement on April 19, 2006. The case was not concluded until November 20, 2012, when a court entered judgment against her for $222,000.00.

w w w . w e f i g h t p i r a c y . o r g

Exhibit 5 - 2

Ms. Thomas-Rasset and the RIAA were both forced to pay attorneys during the six year suit, endure the stress and burden of participating in litigation during that time, and face the nationwide publicity generated by the lawsuit. In other cases our office has obtained judgments in excess of $150,000 against individuals who stole from our clients.

If you are truly committed to moving forward with the litigation process, our office will work with your attorney to prepare for trial in this matter. You will have an opportunity to present evidence in your favor. Our client will have an opportunity to present evidence as to what they observed you doing, what they found on your computer and what your Internet history reveals.

Litigation is a 'necessary evil' in our client's effort to fight piracy. We take no pleasure in suing individuals on behalf of our client. But with epidemic levels of computer misuse, our client has no choice but to defend their property. Every situation is different. For example, our client's engineers have caught people downloading entire websites to illegally sell on their own commercial sites. These situations are obviously a very serious threat to our client. However, other people simply download a movie or two for personal use. Our client has given our firm wide latitude in resolving these matters depending on the level of activity observed. We have settled with many people for reasonable amounts, even working out payment plans with those who can demonstrate financial hardship. And while the Internet is full of stories of people being brought to court by our firm, incurring significant legal fees and suffering large judgments, please remember that these individuals elected to fight, which is their right.

Sometimes we find that people either did not receive our prior letters or, after consulting with an attorney, would like to explore the possibility of settlement. Because litigation is so expensive only a very small percentage of legal disputes actually go all the way through trial. The parties are able to avoid trial by working out a reasonable settlement. In such cases, the settling person is released from liability and can put this matter behind them for good.

At the end of the day, you have to decide whether you are better off settling this matter and putting it behind you or if retaining an attorney and litigating this matter is in their best interest.

Our records indicate that you are not represented by an attorney in this matter. If you are represented by an attorney please forward this letter to them and have them contact our office immediately to inform us of their representation. If you decide to retain an attorney, please have them contact our office so we can start planning for trial. If you would like to settle this matter, please contact our office at 312-789-4190 to discuss.

*[signature]*
Licensed in the state of Illinois

Exhibit 5 - 3