FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC, | No. 13-55881 |
| Plaintiff, | D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| and | |
| PRENDA LAW, INC., | ORDER |
| Movant - Appellant, | |
| v. | |
| JOHN DOE, | |
| Defendant - Appellee. | |

Before: HAWKINS, GOULD, and WATFORD, Circuit Judges.

The court denies the motion by law firm Klinedinst PC and its attorneys Heather L. Rosing, Esq., David M. Majchrzak, Esq., and Philip W. Vineyard, Esq. to withdraw as retained counsel for appellant Prenda Law, Inc. in these appellate proceedings. The court also denies the motion to vacate the district court's May 17, 2013 order denying the Klinedinst firm's request to withdraw as counsel of record for Prenda Law in the district court proceedings.

A corporation must be represented by counsel. *See, e.g., Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-03 (1993); *In re*

hmb/MOATT

*Highley*, 459 F.2d 554, 555 (9th Cir. 1972).  There has been no request by appellant Prenda Law to substitute new counsel in place of its attorneys from the Klinedinst firm.  This court will allow the Klinedinst firm to withdraw as counsel of record for Prenda Law in these appellate proceedings once substitute counsel has been identified and has sought to be substituted as counsel of record.

Appellant Prenda Law's emergency motion filed on June 14, 2013 shall be addressed by separate order.

hmb/MOATT