FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC,<br><br>        Plaintiff,<br>  and<br><br>PAUL HANSMEIER, Esquire,<br><br>        Movant - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55859<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |
| INGENUITY13 LLC,<br><br>        Plaintiff,<br>  and<br><br>BRETT L. GIBBS,<br><br>        Movant - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>        Defendant - Appellee. | No. 13-55871<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles |

SM/MOATT

| INGENUITY13 LLC, | No. 13-55880 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:12-cv-08333-ODW-JC |
| v. | Central District of California, |
| JOHN DOE, | Los Angeles |
| Defendant - Appellee. | |

| INGENUITY13 LLC, | No. 13-55881 |
|---|---|
| Plaintiff, | D.C. No. 2:12-cv-08333-ODW-JC |
| and | Central District of California, |
| PRENDA LAW, INC., | Los Angeles |
| Movant - Appellant, | |
| v. | |
| JOHN DOE, | |
| Defendant - Appellee. | |

| INGENUITY13 LLC, | No. 13-55882 |
|---|---|
| Plaintiff, | D.C. No. 2:12-cv-08333-ODW-JC |
| and | Central District of California, |
| AF HOLDINGS, LLC, | Los Angeles |

>   Movant - Appellant,
>
> v.
>
> JOHN DOE,
>
>   Defendant - Appellee.

> INGENUITY13 LLC,
>
>   Plaintiff,
>
> and
>
> PAUL DUFFY,
>
>   Movant - Appellant,
>
> v.
>
> JOHN DOE,
>
>   Defendant - Appellee.

No. 13-55883

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

> INGENUITY13 LLC,
>
>   Plaintiff,
> and
>
> JOHN STEELE,
>
>   Movant - Appellant,
>
> v.

No. 13-55884

D.C. No. 2:12-cv-08333-ODW-JC
Central District of California,
Los Angeles

| | |
|---|---|
| JOHN DOE,<br><br>    Defendant - Appellee. | |
| INGENUITY13 LLC,<br><br>    Plaintiff,<br><br>  and<br><br>PRENDA LAW, INC.,<br><br>    Movant - Appellant,<br><br>  v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee,<br><br>  and<br><br>PAUL DUFFY,<br><br>    Movant - Appellee. | No. 13-56028<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

Appellant Prenda Law, Inc.'s June 14, 2013 emergency "motion for order vacating or modifying the district court's amended order denying in part and granting in part [] Paul Duffy's motion for approval of bond []; staying

enforcement of amended order," filed in appeal no. 13-55881, is denied. *See Azizian v. Federated Dep't Stores, Inc.*, 499 F.3d 950, 955 (9th Cir. 2007) (court reviews objections to amount of bond on appeal for abuse of discretion).

Appellant Prenda Law, Inc.'s June 14, 2013 request for consolidation, filed in appeal no. 13-55881, is granted.

The court sua sponte consolidates the following appeals: 13-55859, 13-55871, 13-55880, 13-55881, 13-55882, 13-55883, 13-55884, and 13-56028.

The following briefing schedule shall govern these consolidated appeals: the consolidated opening brief(s) and excerpts of record are due November 19, 2013; the consolidated answering brief(s) is due December 19, 2013; and the consolidated optional reply brief(s) is due within 14 days after service of the answering brief.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* 9th Cir. R. 28-4.

To the extent that appellant Prenda Law, Inc.'s June 14, 2013 emergency motion, filed in appeal no. 13-55881, requests any other relief, such requests are denied.

Judge Canby dissents as to the denial of a stay of the condition requiring a second bond in the amount of $135,933.66. Otherwise, Judge Canby concurs in this order.