| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | SEP 06 2013<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| INGENUITY13 LLC,<br><br>         Plaintiff,<br>   And<br><br>PAUL HANSMEIER, Esquire, et. al.,<br><br>         Movants - Appellants,<br><br>   v.<br><br>JOHN DOE,<br><br>         Defendant - Appellee. | Nos. 13-55859, 13-55871,<br>13-55880, 13-55881, 13-55882,<br>13-55883, 13-55884, 13-56028<br><br>D.C. No. 2:12-cv-08333-ODW-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

   Klinedinst PC's renewed motion to withdraw as counsel for appellant Prenda Law, Inc. is granted. Court records shall be amended to reflect that Klinedinst PC is no longer counsel of record for appellant Prenda Law, Inc.

   Within 21 days from the date of this order, appellant Prenda Law, Inc. shall enter appearance of new counsel. Appellant Prenda Law, Inc. is informed that a corporation cannot represent itself. Appellant Prenda Law, Inc. is reminded that a corporation may not proceed in forma pauperis. *See Rowland v. California Men's Colony, Unit II,* 506 U.S. 194 (1993).

   Failure to comply with this order may result in dismissal of appellant Prenda Law, Inc.'s appeal.

   A copy of this order shall be forwarded to Paul Duffy, sole shareholder of

02SEPT2013/LBS/Pro Mo

Nos. 13-55859, 13-55871, 13-55880, 13-55881, 13-55882, 13-55883, 13-55884, 13-56028

Prenda Law, Inc. at 2 N. La Salle Street, 13th Floor, Chicago, IL 60602.

The briefing schedule established on July 9, 2013 remains in effect.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10