Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@klinedinstlaw.com

Former attorneys for PRENDA LAW, INC.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 09 2013

FILED
DOCKETED ____ DATE ____ INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>　　　　Plaintiff,<br><br>and<br><br>PRENDA LAW, INC.,<br><br>　　　　Movant – Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>　　　　Defendant - Appellee. | Ninth Circuit Case No. 13-55881<br><br>Underlying District Court Case No. 2:12-cv-8333-ODW(JCx)<br><br>**NOTICE OF APPELLATE COURT'S ORDER GRANTING KLINEDINST PC'S RENEWED APPLICATION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**<br><br>District Court Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon, Jacqueline Chooljian<br>Complaint Filed: September 27, 2012<br>Trial Date: None set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take NOTICE that the Motions Panel for the Ninth Circuit Court of Appeals has granted the renewed application of Heather L. Rosing, David M. Majchrzak, and Philip W. Vineyard (collectively, "Klinedinst") for an order granting Klinedinst leave to withdraw as counsel of record for Prenda Law, Inc. in the above-captioned appeal, assigned case number 13-55881 by the Appellate

- 1 -

Court.

Attached hereto as Exhibit A is a true and correct copy of the Appellate Court's order.

                                                        Klinedinst PC

DATED: September 6, 2013        By: /s/ Philip W. Vineyard
                                                              Heather L. Rosing
                                                                David M. Majchrzak
                                                                Philip W. Vineyard
                                                                Attorneys for PRENDA LAW, INC.

15652002v1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

- 2 -

**NOTICE OF APPELLATE COURT'S ORDER GRANTING KLINEDINST PC'S RENEWED APPLICATION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.**
Underlying District Court Case No. 2:12-cv-8333-ODW(JCx)

# Exhibit A

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INGENUITY13 LLC, <br><br> Plaintiff, <br> And <br><br> PAUL HANSMEIER, Esquire, et. al., <br><br> Movants - Appellants, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant - Appellee. | Nos. 13-55859, 13-55871, <br> 13-55880, 13-55881, 13-55882, <br> 13-55883, 13-55884, 13-56028 <br><br> D.C. No. 2:12-cv-08333-ODW-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Klinedinst PC's renewed motion to withdraw as counsel for appellant Prenda Law, Inc. is granted. Court records shall be amended to reflect that Klinedinst PC is no longer counsel of record for appellant Prenda Law, Inc.

Within 21 days from the date of this order, appellant Prenda Law, Inc. shall enter appearance of new counsel. Appellant Prenda Law, Inc. is informed that a corporation cannot represent itself. Appellant Prenda Law, Inc. is reminded that a corporation may not proceed in forma pauperis. *See Rowland v. California Men's Colony, Unit II,* 506 U.S. 194 (1993).

Failure to comply with this order may result in dismissal of appellant Prenda Law, Inc.'s appeal.

A copy of this order shall be forwarded to Paul Duffy, sole shareholder of

02SEPT2013/LBS/Pro Mo

Nos. 13-55859, 13-55871, 13-55880, 13-55881, 13-55882, 13-55883, 13-55884, 13-56028

Prenda Law, Inc. at 2 N. La Salle Street, 13th Floor, Chicago, IL 60602.

The briefing schedule established on July 9, 2013 remains in effect.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court
>
> Lorela Bragado-Sevillena
> Deputy Clerk
>     Ninth Circuit Rule 27-7/Advisory Note
>     to Rule 27 and Ninth Circuit Rule 27-10

Heather L. Rosing, Bar No. 183986
David M. Majchrzak, Bar No. 220860
Philip W. Vineyard, Bar No. 233628
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dmajchrzak@klinedinstlaw.com
pvineyard@Klinedinstlaw.com

Attorneys Specially Appearing for
PRENDA LAW, INC.

# UNITED STATES COURT OF APPEAL
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br><br>and<br><br>PRENDA LAW, INC.,<br><br>    Movant – Appellant,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant - Appellee. | 9th Circuit Case Number(s) 13-55881 (Consolidated with Case Numbers: 13-55871; 13-55880; 13-55882; 13-55883; 13-55884; 13-55859; 13-56028 –**dkt7**)<br><br>D.C. No. 2:12-cv-0888-ODW-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**CERTIFICATE OF SERVICE** |

    When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

15595975v1

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on **September 6, 2013**

### NOTICE OF APPELLATE COURT'S ORDER GRANTING KLINEDNST PC'S RENEWED APPLICATION TO WITHDRAW AS COUNSEL FOR PRENDA LAW, INC.

| | |
|---|---|
| Morgan Pietz<br>The Pietz Law Firm<br>3770 Highland Ave., Suite 206<br>Manhattan Beach, CA  90266<br>mpietz@pietzlawfirm.com<br>**Tel: 310.424.5557**<br><br>Nicholas Ranallo<br>371 Dogwood Way<br>Boulder Creek, CA  95006<br>nick@ranallolawoffice.com<br>**Tel: 831.703.4011** | Putative John Doe<br>Defendant - Appellee<br><br><br><br><br><br>US Mail |

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Paul Duffy<br>2 N. La Salle St., 13th Floor<br>Chicago IL 60602<br>**Tel: (312) 952-6136**<br>**Fax: (312) 952-6136**<br>Paulduffy2005@gmail.com<br>pduffy@pduffygroup.com<br>paduffy@wefightpiracy.com | **Pro Se** |
| Paul Hansmeier<br>Alpha Law Firm, LLC<br>900 IDS Center<br>80 South 8th Street | **Pro Se** |

15595975v1

| | |
|---|---|
| Minneapolis, MN 55402<br>prhansmeier@thefirm.mn<br>**Tel: (612) 234-5744**<br>**Fax: (612) 234-5744**<br>prhansmeier@thefirm.mn | |
| John Steele<br>1111 Lincoln Rd., Suite 400<br>Miami Beach, FL 33139<br>**Tel: (708) 689-8131**<br>**Fax: None**<br>service@livewireholdings.com | **Pro Se** |
| Brett Langdon Gibbs<br>28 Altamont Avenue<br>Mill Valley, CA 94941<br>**Tel: (415) 381-3104**<br>Brett.gibbs@gmail.com | **Pro Se** |
| Ingenuity 13, LLC<br>2100 M Street Northwest<br>Suite 170-417<br>Washington, DC 20037<br>**Tel: (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| AF Holdings, LLC<br>Springates East<br>Government Road<br>Charlestown, Nevis<br>**Tel: (888) 588-9473**<br>**Fax: (888) 964-9473**<br>admin@livewireholdings.com | **Pro Se** |
| U.S. Court of Appeals<br>Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119 | |

/s/ Denise M. Carrillo
Denise M. Carrillo

15595975v1